IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 142.105.56.113

**ISP:** Time Warner Cable
**Physical Location:** Englewood, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/31/2017 02:07:37 | 8E82DFE8BFD59597E35D3D07501E302C04241A8F | Sex For Three By The Sea |
| 08/31/2017 01:56:21 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 08/31/2017 01:54:11 | 5D1CD31DC7F578EEB47662A149C38B62864B6548 | Born To Be Wild |
| 08/31/2017 01:53:07 | 1470B29750A526AFA3CBA9226306F7B7C185DBEE | XXX Threeway Games |
| 03/25/2017 04:19:22 | 1CB77490ED3E681CFFFE0167544152C3064818AA | Four Way In 4K |
| 07/10/2016 05:49:47 | F01147450A619801165684E7FED2FE6EB78047E2 | The Ranch Hand |
| 07/10/2016 05:48:58 | BF451DBCF231BE6C58A61FFDA61D94786607AC68 | Triple Blonde Fantasy |
| 05/29/2016 08:35:26 | F1834B3BE05D0C20D9262EAEF53D225166577D3D | Deep in Love |
| 05/29/2016 08:29:33 | 6B18BCB14EF3F713E7BF5673C441413BD623880E | Rub Me The Right Way Too |
| 04/17/2016 05:41:12 | D78761C7070F46494022C423C47DEF36193A438B | Luckiest Man Alive |
| 11/05/2015 05:13:26 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |
| 09/01/2015 02:37:40 | 9A5565D4C71A77D48913FB013A56E8950E30DD2B | Keep Cumming Kylie |
| 07/04/2015 05:09:56 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 06/23/2015 21:16:05 | 960061878F74A6AEF205731B4E88F395A6C68E66 | Make Up Sex |
| 05/02/2015 02:54:34 | F263DF1D141921549330CDB51DDC487D1DD51A43 | Almost Famous |
| 04/26/2015 10:43:38 | 42F6E9D692828F3390DC2185CDBEEC69C714EF87 | Submissive Seduction |
| 04/25/2015 08:51:48 | BC7D0860A55E1433B036B9ABDEDC551FEEC6C810 | Little Play Thing |
| 04/25/2015 07:20:31 | 6650C8A190BA04EBC731EDF5125A75D9F97DE63D | Fuck Me More |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CNJ644