UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § § § § § § § § | Civil Action No. 2:17-cv-12094 |
| Plaintiff, | | |
| vs. | | |
| SUNG SUB MOON, | | Hon. Kevin McNulty |
| | | Hon. Michael A. Hammer |
| Defendant. | | |

**NOTICE OF APPEARANCE**

To the clerk:

Please enter my appearance in the above-captioned matter on behalf of the Defendant, Sung Sub Moon.

    Respectfully submitted,

    By: /s/ David Wisniewski
    David Wisniewski
    Attorney for Defendant
    NJ Bar: 027672003
    1101 Frankford Avenue, #13
    Philadelphia, PA 19125
    Phone: (856) 448-4571
    Email: dwisniewski@me.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    Respectfully submitted,

    By: /s/ David Wisniewski
    David Wisniewski
    Attorney for Defendant